IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

BRUCE KEVIN GREEN, JR.,

    Petitioner,

v.

STATE OF FLORIDA,

    Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

CASE NO. 1D16-5342

Opinion filed May 5, 2017.

Petition for Writ of Mandamus -- Original Jurisdiction.

Bruce Kevin Green, Jr., pro se, Petitioner.

Pamela Jo Bondi, Attorney General, and Jennifer J. Moore, Assistant Attorney General, Tallahassee, for Respondent.

PER CURIAM.

    The petition for writ of mandamus is denied. See Munn v. Fla. Parole Comm'n, 807 So. 2d 733 (Fla. 1st DCA 2002).

B.L. THOMAS, RAY, and KELSEY, JJ., CONCUR.